# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:09cv462

| | |
|---|---|
| JADA LYNNE HERMAN ISENHOUR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| WAL-MART STORES EAST, LP, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the court on the joint Motion for Remand. Having considered the joint motion and reviewed the pleadings, and it appearing that the jurisdictional minimum for exercising diversity jurisdiction is not herein met, the court enters the following Order.

### ORDER

**IT IS, THEREFORE, ORDERED** that the joint Motion for Remand (#3) is **GRANTED,** and this matter is **REMANDED** to the North Carolina General Court of Justice, Superior Court Division, for Burke County.

Signed: January 22, 2010

_Dennis L. Howell_
Dennis L. Howell
United States Magistrate Judge